Matthew McNease
Acting Legal Officer
David Barnes
Yosemite Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONSO FERNANDEZ,<br><br>Defendant. | DOCKET NO. 6:14-mj-00076-MJS<br><br>**STATEMENT OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

  Defendant, Alonso FERNANDEZ, was arrested July 20, 2014 in Yosemite National Park and charged with being present in a park area when under the influence of alcohol to a degree that endangers oneself or another person, a violation of Title 36 Code of Federal Regulations. FERNANDEZ plead guilty to the charge of being under the influence of alcohol to a degree that may endanger oneself or another person on August 12, 2014, and was sentenced to pay a $250 fine at a rate of $25 per month, attend Alcoholics Anonymous twice weekly for six months, then once weekly thereafter, and serve twelve months unsupervised probation.  A Review Hearing was requested by the Government because FERNANDEZ failed to submit proof that he attended Alcoholics Anonymous twice weekly for six months, then once weekly thereafter, and set by the Court for August 19, 2015. On July 14, 2015, the Yosemite Legal Office received proof

1

that FERNANDEZ attended Alcoholics Anonymous twice weekly for six months then once weekly thereafter. The Government withdraws its request for a Probation Violation in this matter.

`

Dated: July 14, 2015                    By: /s/ David Barnes
                                            David Barnes
                                            Yosemite Legal Intern
                                            Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted, and the Review Hearing is taken off the calendar.

IT IS SO ORDERED.

Dated:   August 14, 2015                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE